UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Plaintiff(s) Sousire Ramos and Oreste Ramos    CIVIL NO. 98-1677 (DRD)

v.

Defendant(s) General Motors Corporation

| MOTION | ORDER |
|---|---|
| Docket entry no. 20 | ☑ GRANTED. |
| Date: august /31/1999. | ☐ DENIED. |
| Title: Motion to file unopposed motion to dismiss for lack of subject matter jurisdiction | ☐ MOOT. |
| | ☐ NOTED. |
| Granted as to the motion to file unopposed motion. The motion to dismiss is deemed unopossed and no opposition shall be entertained. No opinion is made as to the merits as to the | motion to dismiss. |

Date: october /27/1999.

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE

RECEIVED AND FILED
99 OCT 28 AM 8:04
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

