UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO
BEFORE HONORABLE DANIEL R. DOMINGUEZ

**MINUTES OF PROCEEDINGS**          DATE: December 6, 1999

**CIVIL NO. 98-1677 (DRD)**
LAW CLERK: Karen A. Rivera-Turner

===============================================================================

| | |
|---|---|
| SONSIRE RAMOS SOLER and ORESTE RAMOS DIAZ<br>    Plaintiffs<br>   v.<br>GENERAL MOTORS CORPORATION<br>    Defendants | Attorneys:  Maximiliano Trujillo González<br><br><br>José García Pérez and A. Bennazar Zequeira |

===============================================================================

SETTLEMENT CONFERENCE was held today but no settlement was reached.

Defendants argue that Plaintiff's sworn statement filed in compliance with the Court's Order of November 11, 1999 (Docket No. 22), fails to comply with the Court's instructions to substantiate damages. On the alternative, Defendants request an opportunity to conduct discovery as to the content of Plaintiff's sworn statement. The Court rules that Plaintiff's sworn statement does comply with the Court's order to substantiate the amount of her claims. This, of course, does not mean that Plaintiff's declaration cannot be corroborated by Defendants. Defendants are granted until **January 31, 2000**, to corroborate Plaintiff's declaration and offer their position as to Plaintiff's allegations that her claims amount to at least $75,000.00.

Defendants notify that Plaintiffs have not yet announced their expert witnesses. Plaintiffs are granted until **January 15, 2000**, to notify their expert witnesses. **ABSOLUTELY NO FURTHER EXTENSIONS WILL BE GRANTED.** Plaintiffs are forewarned that the Court may impose the most severe of sanctions, including dismissal of the complaint, for failure to notify expert witnesses. Ayala Gerena v. Brystol Myers Squibb Co., 95 F.3rd 86, 91 (1st Cir. 1996); Serrano Perez



v. FMC Corp., 985 F.2d 625, 628 (1st Cir. 1993). Defendants are relieved from announcing their expert witnesses on the date scheduled. Discovery is now scheduled as follows:

> Plaintiffs will have **thirty (30) days** after announcing their expert witnesses to submit their expert witness reports in full compliance with Fed. R. of Civ. Proc. 26. Defendants will then have **sixty (60) days** to notify their expert witnesses and **thirty (30) days** thereafter to submit expert witness reports pursuant to Rule 26. Cut off for all **discovery** remains on **June 30, 2000.** Cut off for **dispositive motions** remains on **August 30, 2000.**

Docket 24 is **denied** as the Court did not dismiss the case in its totality. The Court merely dismissed the federal question claim under the 15 U.S.C. § 2310.

**Status/settlement conference** is scheduled for **April 14, 2000, at 9:00 a.m.**

*[signature]*
LAW CLERK

s/c: Counsel of record

N:\MINUTES\98-1677.MEM