# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Plaintiff(s) *Sonsire Ramos Soler*

VS.                                                     CIVIL NO. 98-1677 (DRD)

Defendant(s) *General Motors Corp.*

## DESCRIPTION OF MOTION

| DATE FILED: | DOCKET: | TITLE: |
|---|---|---|
| [] Plffs. | [] Defts. | |

## ORDER

This case is scheduled as above stated for *August 2*, ~~1999~~ 2000,

at  5:00 P.M.

- [x] Status/Scheduling Conference
- [ ] Pre-trial
- [ ] Settlement Conference
- [ ] Trial
- [ ] Hearing on Motions
- [ ] Oral Argument
- [ ] Evidentiary Hearing
- [ ] Suppression Hearing
- [ ] De Novo Hearing
- [ ] Show Cause Hearing
- [ ] Injunction Hearing
- [ ] Foster Hearing
- [ ] Other:

*May 26, 200*                                       *Daniel R. Dominguez*
DATE                                                DANIEL R. DOMINGUEZ
                                                    U.S. DISTRICT JUDGE

