UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO
BEFORE HONORABLE DANIEL R. DOMINGUEZ

**MINUTES OF PROCEEDINGS**                    DATE: August 2, 2000

**CIVIL NO. 98-1677 (DRD)**

LAW CLERK: Karen A. Rivera-Turner
=================================================================

SONSIRE RAMOS SOLER and              Attorneys:   Maximiliano Trujillo González
ORESTE RAMOS DIAZ

   Plaintiffs

   v.

GENERAL MOTORS CORPORATION                       A. Bennazar Zequeira

   Defendant
=================================================================

    STATUS CONFERENCE was held today. Defendants inform that Plaintiffs have yet to comply with the Court's Orders regarding the jurisdictional requirement that Plaintiffs' claim be for $75,000.00 or more. The Court grants Plaintiffs a final extension of time to comply with discovery on this question as a final resort excusing Plaintiffs' delay. Plaintiffs must answer all interrogatories by August 25, 2000. Thereafter, all parties will have ninety (90) days to complete depositions on the threshold question of damages, and sixty (60) days to file dispositive motions.

    Defendants also inform that Plaintiffs have yet to identify their expert witness. Plaintiffs are granted a final **sixty (60) days** to announce and **sixty (60) more days** to submit their expert witness reports in full compliance with Fed. R. of Civ. Proc. 26. Defendants will then have **sixty (60) days** to notify their expert witnesses and **thirty (30) days** thereafter to submit expert witness reports pursuant to Rule 26. Cut off for all **discovery** is **May 31, 2001.** Cut off for **dispositive motions** remains on **July 31, 2001**.

    Plaintiffs are forewarned that absolutely no further extensions will be granted. This case is

now two years old and has already been delayed by Plaintiffs' noncompliance with previous case-management orders. On this occasion the Court will stay its hand and withhold dismissal in favor of litigation of Plaintiffs' claims on the merits. Notwithstanding, Plaintiffs are forewarned that failure to comply with the current management order may result in dismissal of the Complaint. In re: Valle Marina Yacht Harbor, Inc., 984 F.2d 546, 548 (1st Cir. 1993). Once discovery is completed the case will proceed on a short term to trial.

**Status/settlement conference** is scheduled for **February 7, 2001, at 5:00 p.m.**

> DANIEL R. DOMINGUEZ
> U.S. DISTRICT JUDGE

s/c: Counsel of record

N:\MINUTES\98-1677B.MEM