# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**SONSIRE RAMOS SOLER, et al.**

v.                                                    Case Number: 98-1677(DRD)

**GENERAL MOTORS CORPORATION**

## ORDER

| MOTION | RULING |
|---|---|
| Filed: 02-16-01    Docket # 30<br>[X] **Plffs**    [X] **Defts**<br>[ ] Other<br><br>**Title:** Joint Motion for Dismissal With Prejudice | **Approved.** The Court hereby approves plaintiffs' voluntary withdrawal of the complaint. The above captioned case is hereby **DISMISSED WITH PREJUDICE** with each party bearing its own costs and attorney's fees. Judgment shall be entered accordingly.<br>    IT IS SO ORDERED. |

February 21, 2001.

**DANIEL R. DOMINGUEZ**
U.S. District Judge

