UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**SONSIRE RAMOS SOLER, et al.**

v.                                              Case Number: 98-1677(DRD)

**GENERAL MOTORS CORPORATION**

## JUDGMENT

| MOTION | RULING |
|---|---|
| **Filed:** 02-18-01   **Docket # 30**<br>[X] **Plffs**   [X] **Defts**<br>[ ] **Other**<br><br>**Title:** Joint Motion for Dismissal With Prejudice | Pursuant to the order issued by the Court on this same date, plaintiffs' claims are hereby **DISMISSED WITH PREJUDICE** with each party bearing its own costs or attorney's fees. |

Date: February 21, 2001.

DANIEL R. DOMINGUEZ
U.S. District Judge

| Rec'd: | EOD: |
|---|---|
| By: | # |

